(36 South. 607.)

No. 15,173.

STATE v. BOYKIN.

(April 25, 1904.)

NEW TRIAL—DENIAL OF MOTION—REVIEW ON APPEAL.

1. Where the motion for new trial is based exclusively on the ground that the verdict is contrary to the law and the evidence, this court cannot review the judgment overruling it.

(Syllabus by the Court.)

Appeal from Twelfth Judicial District Court, Parish of De Soto; John Bachman Lee, Judge.

John Boykin was convicted of crime, and appeals. Affirmed.

Goss & Sutherlin, for appellant. Walter Guion, Atty. Gen., and Amos L. Ponder, Dist. Atty. (Lewis Guion, of counsel), for the State.

PROVOSTY, J. We find in the record nothing calling for our attention, except a bill of exception reciting that the defendant moved for a new trial on the ground that the verdict was contrary to the law and the evidence, and that the court overruled the motion. Not being informed wherein the ruling complained of was contrary to law, we cannot review it.

Judgment affirmed.